**UNITED STATES of America, Plaintiff—Appellee,**

v.

**William M. Jackson BAILEY, Defendant—Appellant.**

No. 08–6561.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 8, 2008.

William M. Jackson Bailey, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Ray Burton Fitzgerald, Jr., Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William M. Jackson Bailey appeals from the district court's orders denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bailey*, No. 5:98–cr–30001–JPJ–2, 2008 WL 723753 (W.D.Va. filed Mar. 13, 2008 & entered Mar. 14, 2008; Apr. 14, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Jabbar Jomo Straws, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.